IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UBICOMM, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BULBS.COM INCORPORATED,<br><br>      Defendant. | Civil Case No. _____<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff UbiComm, LLC declares that it has no parent corporation and no publicly traded corporation currently owning 10% or more of its stock.


DATED: May 17, 2013					STAMOULIS & WEINBLATT LLC


							*/s/ Stamatios Stamoulis*					
							Stamatios Stamoulis #4606
							    stamoulis@swdelaw.com
							Richard C. Weinblatt #5080
							    weinblatt@swdelaw.com
							Two Fox Point Centre
							6 Denny Road, Suite 307
							Wilmington, DE 19809
							Telephone: (302) 999-1540

							ATTORNEYS FOR PLAINTIFF
							UbiComm, LLC

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 17th day of May, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

                                               */s/ Stamatios Stamoulis*
                                               Stamatios Stamoulis #4606