IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UBICOMM LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-872-RGA |
| BULBS.COM INCORPORATED, | : |
| Defendant. | : |

**ORDER**

Based on the Memorandum Opinion issued in Ubicomm LLC v. Zappos IP Inc., Civil Action 13-1029-RGA (D.I. 20), IT IS HEREBY ORDERED, that,

Defendant's Motion to Dismiss (D.I. 11) is GRANTED.

11-15-13
Date

Richard G. Andrews
United States District Judge